IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA    )
        )
      v.        )  CR. No.: 13-00133-01S
        )
SCOTT NIEMIC        )

## GOVERNMENT'S SENTENCING MEMORANDUM

On October 19, 2013, the Defendant, Scott NIEMIC, pled guilty to Information CR 13-00133-01S which charged him with five counts of bank robbery. The PreSentence Report (PSR) calculates his Guideline range as a total offense level of twenty-seven (27) and a Criminal History Category of IV, with a Guideline sentencing range of 100-125 months.

The parties executed a Plea Agreement in this matter.  Pursuant to Paragraph 2(a), the Government agreed to recommend a sentence of imprisonment within the range of sentences for this offense level under the Guidelines.

Subsequent to filing the Plea Agreement, the parties reached an agreement to jointly recommend a term of imprisonment of one hundred and five (105) months. The government avers that this sentence is sufficient but not greater than necessary to achieve the purposes set forth at 18 U.S.C. § 3553(a)(2).  The government will be prepared at the time of sentencing to address the

1

appropriateness of this term of imprisonment.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

PETER F. NERONHA
United States Attorney

/s/ Paul F. Daly, Jr.
PAUL F. DALY, JR.
Assistant U.S. Attorney
RI Bar No. 3970
U.S. Attorney's Office
50 Kennedy Plaza,8th Fl.
Providence, RI 02903
401-709-5048
401-709-5001(fax)
Email:paul.daly@usdoj.gov

## CERTIFICATION OF SERVICE

I hereby certify that on the 11th day of February, 2014, I caused the within Government's Sentencing Memorandum to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification

Kevin Fitzgerald, Esq.
Assistant Federal Defender
10 Weybosset Street, Suite 300
Providence, RI  02903
Email address: Kevin_Fitzgerald@fd.org

Timothy G. Donohue
U.S. Probation Officer
John O. Pastore Building
& U.S. Post Office
2 Exchange Terrace
Providence, RI 02903

/S/ Paul F. Daly, Jr.
PAUL F. DALY, JR.
Assistant U.S. Attorney
RI Bar No. 3970
U.S. Attorney's Office
50 Kennedy Plaza,8th Fl.
Providence, RI 02903
401-709-5048
401-709-5001(fax)
Email:paul.daly@usdoj.gov